#1530

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

**IN RE:**

JANET M CAMERON

**UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND**

Debtor(s)    **CASE NO. BKY 04-30865 DDO**

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Janet M Cameron in the amount of $3.00, were unclaimed.

CREDITOR:
Janet M Cameron
703 St Olaf Avenue
Northfield, MN 55057

CLAIM NUMBER:    AMOUNT:
$3.00

ACCOUNT NUMBER:
REFUND

**Jasmine Z. Keller, Trustee**

Dated: November 18, 2009

/s/ Jasmine Z. Keller/JJ
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee